MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINE Y. WONG (CABN )
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail:

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0194 RS |
|    Plaintiff, ) | STIPULATION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|    v. ) | |
| GERARDO CASTILLO, ) | Date: June 14, 2011 |
|    Defendant. ) | Time: 2:30 p.m. |

    The above-captioned matter is set on June 14, 2011, before this Court for status conference.  The parties request that this Court vacate that date and set this matter for further status conference on July 12, 2011 at 2:30 p.m., and that the Court exclude time under the Speedy Trial Act between April 19, 2011, when the parties last appeared before this Court, and July 12, 2011.

    The parties are currently engaged in plea discussions, and the defendant requests additional time to review discovery and investigate the charges filed by the Government. Defense counsel has a trial starting June 24, 2011.  The Court's first-available date after June 24, 2011, is July 12, 2011.  To allow the parties to continue plea discussions and for defendant to continue preparation of his defense, the parties request that this matter be set on July 12, 2011, at

STIP. TO CONTINUE
No. CR 11-0194 RS

2:30 p.m. for further status conference. The parties further stipulate and agree that the time between April 19, 2011, and July 12, 2011, should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: June 13, 2011

/S/
CHRISTINE Y. WONG
Assistant United States Attorney
Counsel for United States

/S/
ERNEST CASTILLO
Counsel for Gerardo Castillo

IT IS SO ORDERED.

DATED: 6/13/11

HON. RICHARD SEEBORG
United States District Judge