ORIGINAL                                                                                            *E-Filed 8/4/11*                    ORIGINAL

1  H. Ernesto Castillo, CA Bar No. 220900
   One Kaiser Plaza, Suite 2300
2  Oakland, California 94612-3642
   Tel. No. (510) 836-0100
3  Fax No. (510) 832-3690

4  Attorney for *Defendant* GERARDO CASTILLO

## United States District Court
### Northern District of California

| UNITED STATES OF AMERICA, | No.  3:11-cr-00194-RS-1 |
|---|---|
| *Plaintiff,* vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| GERARDO CASTILLO, | |
| *Defendant.* | |

   Defendant Gerardo Castillo, by and through his undersigned counsel and the United States of America, through Assistant United States Attorney Christine Wong, hereby stipulate that the Court vacate the further status conference in the above captioned case currently set for August 9, 2011, at 2:30 p.m., and continue it to September 6, 2011, at 2:30 p.m.  It is further requested that the Court exclude time under the Speedy Trial Act between July 12, 2011, when the parties last appeared before this Court, and September 6, 2011.

   The parties are currently engaged in plea discussions, and the defendant requests additional time to review discovery and investigate the charges filed by the Government. Defense counsel has a pre-paid, planned vacation from August 11, 2011 to August 22, 2011. To allow the parties to continue plea discussions and for defendant to continue preparation of his defense, the parties request that this matter be set on September 6, 2011, at 2:30 p.m. for further status conference.  The parties further stipulate and agree that the time between

ORIGINAL                                                                    ORIGINAL

July 12, 2011, and September 6, 2011, should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO STIPULATED:**

DATED: August 4, 2011              /s/  HEC
                                   H. ERNESTO CASTILLO
                                   Attorney for GERARDO CASTILLO

DATED: August 4, 2011              /s/  CW
                                   CHRISTINE WONG
                                   Attorney for the UNITED STATES OF AMERICA

IT IS SO ORDERED.

DATED:  8/4/11

                                   HONORABLE RICHARD SEEBORG
                                   U.S. District Judge