H. Ernesto Castillo, CA Bar No. 220900
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant* GERARDO CASTILLO

## United States District Court
### Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       *Plaintiff,*<br>vs.<br><br>GERARDO CASTILLO,<br><br>       *Defendant.* | No.  3:11-cr-00194-RS-1<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

      Defendant Gerardo Castillo, by and through his undersigned counsel and the United States of America, through Assistant United States Attorney Christine Wong, hereby stipulate that the Court vacate the further status conference in the above captioned case currently set for September 6, 2011, at 2:30 p.m., and continue it to October 4, 2011, at 2:30 p.m.  It is further requested that the Court exclude time under the Speedy Trial Act between September 6, 2011 to October 4, 2011.

      The parties are currently engaged in plea discussions, and the defendant requests additional time to review discovery and investigate the charges filed by the Government. Additionally, defense counsel is currently in the middle of a murder trial, *People v. Deon Guss*, in Alameda County.  To allow the parties to continue plea discussions and for defendant to continue preparation of his defense, the parties request that this matter be set on October 4, 2011, at 2:30 p.m. for further status conference.  The parties further stipulate

STIPULATION TO CONTINUE STATUS CONFERENCE

and agree that the time between September 6, 2011, and October 4, 2011, should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO STIPULATED:**

DATED: September 1, 2011        /s/  HEC
                                H. ERNESTO CASTILLO
                                Attorney for GERARDO CASTILLO

DATED: September 1, 2011        /s/  CW
                                CHRISTINE WONG
                                Attorney for the UNITED STATES OF AMERICA

IT IS SO ORDERED

DATED: 9/1/11

                                HONORABLE RICHARD SEEBORG
                                U.S. District Judge