*E-Filed 10/3/11*

1  H. Ernesto Castillo, CA Bar No. 220900
One Kaiser Plaza, Suite 2300
2  Oakland, California 94612-3642
Tel. No. (510) 836-0100
3  Fax No. (510) 832-3690

4  Attorney for *Defendant* GERARDO CASTILLO

## United States District Court
### Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  3:11-cr-00194-RS-1 |
| *Plaintiff,*<br>vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| GERARDO CASTILLO,<br>*Defendant.* | |

Defendant Gerardo Castillo, by and through his undersigned counsel and the United States of America, through Assistant United States Attorney Christine Wong, hereby stipulate that the Court vacate the further status conference in the above captioned case currently set for October 4, 2011, at 2:30 p.m., and continue it to October 18, 2011, at 2:30 p.m.  It is further requested that the Court exclude time under the Speedy Trial Act between October 4, 2011 to October 18, 2011.

The parties are currently engaged in plea discussions, and the defendant requests additional time to review discovery and investigate the charges filed by the Government. Additionally, defense counsel is scheduled to being a murder trial, *People v. Samuel Garcia*, in Alameda County.  This is a no time waiver, co-defendant case.

To allow the parties to continue plea discussions and for defendant to continue preparation of his defense, the parties request that this matter be set on October 18, 2011, at

ORIGINAL                                                                ORIGINAL

2:30 p.m. for further status conference.  The parties further stipulate and agree that the time between October 4, 2011, and October 18, 2011, should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO STIPULATED:**

DATED:  September 30, 2011                    /s/  HEC
                                                                  H. ERNESTO CASTILLO
                                                                  Attorney for GERARDO CASTILLO

DATED:  September 30, 2011                    /s/  CW
                                                                  CHRISTINE WONG
                                                                 Attorney for the UNITED STATES OF AMERICA

IT IS SO ORDERED

DATED:  10/3/11

                                                                HONORABLE RICHARD SEEBORG
                                                                 U.S. District Judge